Southern District of New York
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 
UNITED STATES OF AMERICA

                                                                       1: 22-MAG-09613 – 8 (UA)

           -against-                                       **ORDER**

YOLANDA RATCLIFF,

           Defendant.
-----------------------------------------------------------X

Robert Lehrburger, United States Magistrate Judge:

      It is hereby ORDERED that the defendant's bail is modified to include the following condition of release:

      *- Mental health evaluation and treatment as directed by Pretrial Services.*

Dated:  New York, New York
           January ___, 2023

                                                            Robert Lehrburger
                                              United States Magistrate Judge